996

Austin AGNEW, E. G. Parsly, Philip V. R. Van Wyck, and H. L. Wisner, Constituting a Committee Representing the Holders of Common Stock of Hamilton Gas Company, Appellants, v. HAMILTON GAS COMPANY, E. McLain Watters, et al., Appellees.

No. 4086.

Circuit Court of Appeals, Fourth Circuit.

Oct. 6, 1936.

William M. Chadbourne, of New York City, and Price, Smith & Spilman, of Charleston, W. Va., for appellants.

PER CURIAM.

On motion of appellants petition for appeal dismissed.

Austin AGNEW, E. G. Parsly, Philip V. R. Van Wyck, and H. L. Wisner, as a Common Stockholders' Committee of Hamilton Gas Company, Appellants, v. HAMILTON GAS COMPANY, a Corporation, Debtor, et al., Appellees.

No. 4118.

Circuit Court of Appeals, Fourth Circuit.

Oct. 6, 1936.

Robert S. Spilman, of Charleston, W. Va., for appellants.

Stanley C. Morris, of Charleston, W. Va., for appellees.

PER CURIAM.

Case docketed and dismissed on motion of appellants.

Henry P. ALEXANDER, Jr., an Insane Person by Edith Skinner, Guardian, Plaintiff, v. UNITED STATES of America, Defendant.

UNITED STATES v. Henry P. ALEXANDER, Jr.

No. 7623.

Circuit Court of Appeals, Sixth Circuit.

Feb. 9, 1937.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Victor C. Anderson, of Lansing, Mich., and George F. Anderson, of Kansas City, Mo., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause coming on for hearing upon the certificate of the deputy clerk of the United States District Court for the Eastern District of Michigan, Northern Division, Bay City, Mich., and a stipulation entered into by counsel for the respective parties in the above-entitled cause, and the court being fully advised in the premises,

It is ordered and adjudged that the instant case be docketed and dismissed without costs to either party.